1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   CLAIRE T. CORMIER, CSBN 154364
4  Assistant United States Attorney

5  150 Almaden Blvd., Suite 900
   San Jose, California 95113
6  Telephone: (408) 535-5082
   FAX: (408) 535-5081
7  Claire.Cormier@usdoj.gov

8  Attorneys for Defendants

9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                                SAN JOSE DIVISION         *E-FILED - 10/18/05*
12

13  KIN SAN CHAU,                    )   C05-2662 RMW
                                     )
14         Plaintiff,                )
                                     )
15      v.                           )   STIPULATION AND [XXXXXXXX][PROPOSED]
                                     )   ORDER EXTENDING DEADLINE FOR
16  MICHAEL CHERTOFF, Secretary of the )  RESPONSIVE PLEADING AND
    Department of Homeland Security; ALBERTO )  CONTINUING CASE MANAGEMENT
17  GONZALES, U.S. Attorney General; )       CONFERENCE
    EDUARDO AGUIRRE, Director, U.S.  )
18  Citizenship and Immigration Services; )  USCIS Case No. A 47 706 432
    ALFONSO AGUILAR, Chief, United States )
19  Citizenship and Immigration Services; DAVID )
    STILL, District Director,        )
20                                   )
           Defendants.                )
21  _____  )

22      The parties to this action, through their attorneys, hereby stipulate and request as follows:

23      1. Plaintiff filed this action on or about June 29, 2005.  Defendants' answer currently is due on

24  September 19, 2005.

25      2. The complaint alleges, inter alia, that defendants have not acted on plaintiff's Motion to

26  Reopen/Reconsider.

27      3. On or about July 27, 2005, the United States Citizenship and Immigration Services

28  ("USCIS") notified plaintiff that it had granted the motion to reopen.

STIPULATION RE EXTENSION; [XXXXXXX][PROPOSED] ORDER
C 05-2662 RMW                           1

1   4. Accordingly, in order to allow sufficient time for USCIS to complete its adjudication of plaintiff's Petition by Entrepreneur to Remove the Condition (Form I-829), the parties agree that defendants may have to and including November 4, 2005 to answer, move, or otherwise respond to plaintiff's complaint in this action.  The parties further request that the case management conference, currently scheduled for October 21, 2005, be rescheduled to November 18, 2005.

IT IS SO STIPULATED.

Dated: September 15, 2005                    Respectfully submitted,

                                             KEVIN V. RYAN
                                             United States Attorney


                                             /s/ Claire T. Cormier
                                             CLAIRE T. CORMIER
                                             Assistant United States Attorney
                                             Attorneys for Defendants


Dated: September 15, 2005                    BAUGHMAN & WANG


                                             /s/ Justin X. Wang
                                             JUSTIN X. WANG
                                             Attorneys for Plaintiff

## XXXXXXX PROPOSED ORDER

Pursuant to the stipulation of the parties and good cause appearing, the deadline for defendants to answer, move, or otherwise respond to the complaint in this action is hereby extended to November 4, 2005.  The case management conference, previously scheduled for October 21, 2005, is hereby continued to November 18, 2005 at __10:30__ a.m.

IT IS SO ORDERED.


DATE: __10/18/05__                           /S/ RONALD M. WHYTE
                                             Ronald M. Whyte
                                             United States District Judge


STIPULATION RE EXTENSION; [XXXXXXX PROPOSED] ORDER
C 05-2662 RMW                              2