KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
CLAIRE T. CORMIER, CSBN 154364
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5081
Claire.Cormier@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 11/16/05*

| | |
|---|---|
| KIN SAN CHAU, | C05-2662 RMW |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXTENDING DEADLINE FOR RESPONSIVE PLEADING AND CONTINUING CASE MANAGEMENT CONFERENCE** |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ALBERTO GONZALES, U.S. Attorney General; EDUARDO AGUIRRE, Director, U.S. Citizenship and Immigration Services; ALFONSO AGUILAR, Chief, United States Citizenship and Immigration Services; DAVID STILL, District Director, | USCIS Case No. A 47 706 432 |
| Defendants. | |

The parties to this action, through their attorneys, hereby stipulate and request as follows:

1. Plaintiff filed this action on or about June 29, 2005.  Defendants' answer currently is due on November 4, 2005, pursuant to a previously stipulated extension.

2. The complaint alleges, inter alia, that defendants have not acted on plaintiff's Motion to Reopen/Reconsider.

3. On or about July 27, 2005, the United States Citizenship and Immigration Services ("USCIS") notified plaintiff that it had granted the motion to reopen.

STIPULATION RE EXTENSION; ORDER
C 05-2662 RMW                             1

4. The parties previously requested and were granted a stipulated extension to November 18, 2005 for the case management conference for this case.

5. USCIS has advised that it is adjudicating plaintiff's Petition by Entrepreneur to Remove the Condition (Form I-829), and that it expects to complete that adjudication by January 31, 2006.

6. Accordingly, the parties stipulate and request that the Court enter an order stating that defendants may have to and including February 3, 2006 to answer, move, or otherwise respond to plaintiff's complaint in this action. The parties further request that the case management conference, currently scheduled for November 18, 2005, be rescheduled to February 17, 2006.

IT IS SO STIPULATED.

Dated: November 3, 2005              Respectfully submitted,

                                     KEVIN V. RYAN
                                     United States Attorney


                                      /s/ Claire T. Cormier
                                     CLAIRE T. CORMIER
                                     Assistant United States Attorney
                                     Attorneys for Defendants

Dated: November 3, 2005              BAUGHMAN & WANG


                                      /s/ Justin X. Wang
                                     JUSTIN X. WANG
                                     Attorneys for Plaintiff

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the deadline for defendants to answer, move, or otherwise respond to the complaint in this action is hereby extended to February 3, 2006. The case management conference, previously scheduled for November 18, 2005, is hereby continued to February 17, 2006 at 10:30 a.m.

IT IS SO ORDERED.

DATE: 11/16/05                       /S/ RONALD M. WHYTE
                                     Ronald M. Whyte
                                     United States District Judge

STIPULATION RE EXTENSION; ORDER
C 05-2662 RMW                                       2